UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
RAMESH SARVA,

                Plaintiff,                              REPORT AND
                                                            RECOMMENDATION
   -against

                                                            21 CV 833 (RPK)(RML)
COMERICA BANK, COMERICA
BANK & TRUST, NATIONAL
ASSOCIATION, PRUDENTIAL
FINANCIAL, INC., and NICHOLAS
SAAKVITNE,

                Defendants.
-------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Ramesh Sarva ("plaintiff") commenced this diversity action on February 16, 2021, asserting claims for breach of contract and breach of fiduciary duty. (See Complaint, dated Feb. 16, 2021, Dkt. No. 1.) Although summonses were issued on February 25, 2021, plaintiff never filed proof of service on any defendant.

        On March 29, 2021, defendants Comerica Bank and Comerica Bank & Trust, National Association (the "Comerica defendants") moved for a thirty-day extension of time to answer. (See Motion for Extension of Time, dated Mar. 29, 2021, Dkt. No. 7.) I granted their motion on March 30, 2021. (See Order, dated Mar. 30, 2021.)

        On March 31, 2021, I issued an order scheduling an initial telephone conference for May 20, 2021, and directing plaintiff's counsel to confirm with defendants' counsel that all parties were aware of the call. (See Order, dated Mar. 31, 2021.) Shortly thereafter, on April 9, 2021, plaintiff voluntarily dismissed the claims against the Comerica defendants. (See Notice of Voluntary Dismissal, dated Apr. 9, 2021, Dkt. No. 9.)

On May 20, 2021, plaintiff did not appear for the scheduled conference or request an adjournment. (See Minute Entry, dated May 20, 2021.) I issued an order directing plaintiff to advise the court by May 27, 2021 whether plaintiff intended to proceed with this case or voluntarily dismiss it. (See id.)

To date, plaintiff has not contacted the court or made any effort to pursue his remaining claims. Accordingly, I respectfully recommend that this case be dismissed for lack of prosecution.

Any objections to this Report and Recommendation must be filed electronically within fourteen (14) days. Failure to object within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
July 13, 2021